## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MERIDIEN ENERGY, LLC, : No. 489 WAL 2014
:
      Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
    v. :
:
:
:
HOCKRAN EXCAVATING D/B/A H&H :
ENTERPRISES D/B/A H&H :
ENTERPRISES, INC., :
:
      Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.